IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>DEVIN DENMARK,<br><br>    Defendant. | CASE NO. 1:12-MJ-00253 DLB<br><br>ORDER OF RELEASE |

On February 8, 2008 in the Central District of California, a bench warrant issued against the defendant for his failure to self-surrender to the Bureau of Prisons in accordance the court's order of December 17, 2007 in case number CR 00-1325-MMM.

On April 14, 2008, the defendant appeared before the court in the Central District of California. Subsequently, the defendant was sentenced and served a term of 30 months custody in the Bureau of Prisons with no term of supervised release to follow.

On October 29, 2012, the defendant appeared before this court after being arrested on the bench warrant issued in the Central District of California on February 8, 2008. For an unknown reason, the arrest warrant was never recalled during the pendency of the Central District of California case and therefore remained active.

IT IS HEREBY ORDERED that the defendant shall be released from custody forthwith and that the arrest warrant in Central District of California case number CR 00-1325-MMM is discharged.

DATED: 10/29/2012

/s/ DENNIS L. BECK
DENNIS L. BECK
U.S. Magistrate Judge